UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61623-CIV-UNGARO

ALARM SPECIALTIES, INC., on behalf
of itself and all others similarly situated,
    Plaintiff,

v.

BANKATLANTIC BANCORP., INC.
    Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED. It is further

ORDERED AND ADJUDGED that all pending motions are hereby DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of July, 2009.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Simonton